UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN L. BOOT,

        Petitioner,

    v.

JAMES KEY,

        Respondent.

Case No. C22-678

ORDER GRANTING IN PART PETITIONER'S MOTION FOR EXTENSION OF TIME

This matter comes before the Court on petitioner's "Motion for Extension of Time to File Objections" (Dkt. # 14). On November 29, 2022, the Magistrate Judge filed a Report and Recommendation (Dkt. # 13) recommending that the Court deny petitioner's request for relief under 28 U.S.C. § 2254. Petitioner was instructed that objections should be filed within 21 days of receipt of the Report and Recommendation. Dkt. # 13 at 22. On December 16, 2022, petitioner filed a motion for extension of time to object, requesting ninety days to object to the Report and Recommendation. Dkt. # 14.

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the Court may, for good cause, grant an extension of time. Finding good cause here, the Court shall grant an extension of twenty-one days to object. It is hereby ORDERED that petitioner's motion for extension of time (# 14) is DENIED to the extent that petitioner requests ninety days to object. Petitioner shall, however, have twenty-one days after the date of entry of this Order to file objections to the Report and Recommendation. Responses to objections may be filed within fourteen (14) days after service of objections.

ORDER GRANTING IN PART PETITIONER'S
MOTION FOR EXTENSION OF TIME - 1

1  The Clerk is directed to send copies of this Order to Petitioner, to counsel for
2 Respondent, and to the Honorable S. Kate Vaughan.
3  IT IS SO ORDERED.

5  DATED this 19th day of December, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING IN PART PETITIONER'S
MOTION FOR EXTENSION OF TIME - 2